UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MICHAEL DARREL MARLOW, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | No.: 3:17-cv-00435-TAV-HBG |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed along with with this order, plaintiff's objection to the report and recommendation filed by United States Magistrate Judge H. Bruce Guyton [Doc. 24] is hereby **OVERRULED**. The report and RECOMMENDATION [Doc. 23], is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

Accordingly, it is hereby ordered, for the reasons stated in the report and recommendation, which the Court adopts and incorporates into this ruling, that plaintiff's motion for judgment on the pleadings is **DENIED** [Doc. 19], and defendant Commissioner's motion for summary judgment is **GRANTED** [Doc. 20].

The Commissioner's decision in this case is therefore **AFFIRMED**, and this action is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** the case file.

IT IS SO ORDERED.

                                                              s/ Thomas A. Varlan
                                                              CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ John L. Medearis
   CLERK OF COURT